**John BLOESSER, d/b/a Bloesser Agency, Respondent,**

v.

**Gayla GIBBS, d/b/a Century 21 Gayla Realty, Appellant.**

**No. WD 36089.**

Missouri Court of Appeals,
Western District.

June 11, 1985.

Richard E. Duggan, Sunrise Beach, for appellant.

Ortrie D. Smith, Nevada, for respondent.

Before TURNAGE, C.J., and SOMERVILLE and MANFORD, JJ.

### ORDER

PER CURIAM:

Civil action seeking recovery of one-half of a realtor's commission. The judgment is affirmed.

Rule 84.16(b).